**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUKE A. DOUGLAS,**

        **Plaintiff,**

-vs-                                      **Case No.  6:04-cv-1768-Orl-19KRS**

**LOWE'S HOME CENTERS, INC.,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration after a Final Pretrial Conference.  It is **ORDERED** as follows:

1. The date for filing motions *in limine* and motions to strike exhibits is extended to July 19, 2006.

2. The parties shall file amended jury instructions on or before July 19, 2006.

**DONE** and **ORDERED** in Orlando, Florida this 27th day of June, 2006.

                                                  *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties